# United States Court of Appeals
## For the First Circuit

---

No. 21-1757

IDC PROPERTIES, INC.,

Plaintiff, Appellant,

v.

CHICAGO TITLE INSURANCE COMPANY,

Defendant, Appellee.

---

**ERRATA SHEET**

The opinion of this court, issued on July 21, 2022, is amended as follows:

On page 13, line 8; page 19, line 20; and page 24, line 12, please replace the word "defendants" with "defendant."